IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TERESA BROCK, | : |
| Petitioner | : |
| v. | : Civil Action No. AMD-00-1441 |
| BALTIMORE CITY DEPARTMENT OF SOCIAL SERVICES, | : |
| Respondent | : |

**ORDER**

For the reasons stated in the foregoing Memorandum, it is, this 19th day of May 2000, hereby **ORDERED** that:

1. Plaintiff's Motion for Leave to Proceed *In Forma Pauperis*, is **Granted**;

2. Plaintiff's Motion for a Temporary Restraining Order is **Denied**;

3. Plaintiff's Motion to Dismiss State Court Proceedings and for Removal is **Denied**;

4. This action is **dismissed** pursuant to 28 U.S.C. §1915(e);

5. The Clerk is directed to CLOSE THIS CASE and mail copies of this Order and the foregoing Memorandum to Plaintiff, **and to the Circuit Court for Baltimore City, 100 North Calvert Street, Baltimore, Maryland, 21202; Vanita Taylor, Office of the Public Defender, 110 Saint Paul Place, Suite 201, Baltimore, Maryland, 21202; Eleanor Montgomery, Children's Legal Services, P. O. Box 21157, Catonsville, Maryland, 21228; and Steven Cohen, Baltimore City Department of Social Services - Legal Division, 6 Saint Paul Center, Suite 2000, Baltimore, Maryland, 21202.**

Andre M. Davis
United States District Judge